**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER TO FILE SUPPLEMENTAL CLERK'S RECORD

Appellate case name:        Ex parte Christopher Gene Kulow

Appellate case number:    01-18-00467-CR

Trial court case number:    36489

Trial court:                        335th District Court of Washington County

This Court's June 26, 2018 Order had directed the trial court clerk to file the supplemental clerk's record containing the trial court's signed order denying the habeas application and a signed certification of the appellant's right of appeal within 10 days of that Order. On July 3, 2018, a compliant supplemental clerk's record was filed in this Court containing the trial court's order denying the habeas application and certification of the appellant's right of appeal, both signed on June 27, 2018. After a review of the records, the Court determines that it desires briefing. *See* TEX. R. APP. P. 31.1.

Accordingly, appellant's brief is **ORDERED** to be filed no later than **20 days** from the date of this order. *See* TEX. R. APP. P. 2, 31.1. The State's brief, if any, is **ORDERED** to be filed no later than **20 days** from the filing of the appellant's brief.

It is so **ORDERED**.

Judge's signature: /s/ Evelyn V. Keyes
                            ☑ Acting individually     ☐ Acting for the Court

Date:  July 10, 2018